US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAN 18 2024

By_____
Ronald E. Dowling
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:24-CR-400 _01-001, 002_ |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| EUGENE SPENCER COX | ) | 21 U.S.C. § 841(b)(1)(A)(ii) |
| a/k/a "Spence"; and | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 843(b) |
| DANIEL ELIUD RUIZ-MAGDALENO | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE
*(Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine)*

On or about October 10, 2023, in the Western District of Arkansas, El Dorado Division, and elsewhere, the Defendants, **EUGENE SPENCER COX, a/k/a "Spence", and DANIEL ELIUD RUIZ-MAGDALENO**, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with one another, and with others known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, a controlled substance, namely, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT TWO
*(Possession with Intent to Distribute More than 5 Kilograms of Cocaine)*

On or about October 10, 2023, in the Western District of Arkansas, Texarkana Division, the Defendants, **EUGENE SPENCER COX, a/k/a "Spence", and DANIEL ELIUD RUIZ-MAGDALENO**, did knowingly and intentionally possess a controlled substance, namely, more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, with intent to distribute that controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT THREE
*(Using, and Attempting to Use, a Communication Facility in Committing a Felony Drug Offense)*

On or about October 10, 2023, in the Western District of Arkansas, Texarkana Division, the Defendant, **EUGENE SPENCER COX, a/k/a "Spence"**, did knowingly and intentionally use a communication facility, namely, a wireless electronic device connected to the internet, in committing, and in causing and facilitating the commission of, one or more of the following felony drug offenses: conspiracy to distribute, and to possess with intent to distribute, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, as charged in Count One of this Indictment; and possession of more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, with intent to distribute that controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), as charged in Count Two of this Indictment, and attempted to do so.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(A)(ii), 843(b) and 846.

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/S/ Grand Jury Foreperson*
Grand Jury Foreperson

By:

Graham Jones
Assistant United States Attorney
Ark. Bar No. 2005183
500 N. State Line Avenue, Ste. 402
Texarkana, AR  71854
(903) 794-9481
*graham.jones@usdoj.gov*