IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                          Case No. 4:24-cr-40001

EUGENE SPENCER COX
a/k/a "Spence"                                                                                         DEFENDANT

## ORDER

Before the Court is the government's appeal of a United States Magistrate Judge's release order and the government's motion to revoke the release order. ECF No. 7.

On January 18, 2024, a grand jury sitting in the Western District of Arkansas returned a three-count Indictment against Defendant. Count One of the Indictment charges Defendant Eugene Spencer Cox with conspiring to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and § 846. Count Two charges Defendant with possessing more than five kilograms of a mixture or substance containing cocaine, with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii). Count Three charges Defendant with using a communication facility in committing, and in causing and facilitating the commission of, one or more felony drug offenses, namely Counts One and Two, and attempting to do so, in violation of 21 U.S.C. § 843(b). ECF No. 1.

On February 9, 2024, Defendant was located and arrested in the Atlanta, Georgia, area. The government moved for detention of Defendant pending trial, noting that Defendant is charged with an offense having a maximum sentence of life imprisonment and that Defendant is facing a ten-year mandatory minimum sentence. The government further noted that Defendant is charged with joining a conspiracy in connection with narcotics trafficking between Texas, Indiana, and Georgia and that Defendant was arrested in 2019 and on January 13, 2024, for driving under the

influence. The government argued that Defendant is a danger to the community and a flight risk.

On February 9, 2024, Defendant appeared for a Rule 5 hearing before a United States Magistrate Judge in the Northern District of Georgia. At the conclusion of the Rule 5 hearing, the magistrate judge scheduled a February 12, 2024 detention hearing. At the detention hearing, it appears that the magistrate judge announced his intention to enter an order releasing Defendant pursuant to certain conditions. The magistrate judge then stayed the entry of this release order until 3:00 p.m. EST on February 13, 2024, to allow the government to appeal the order to this Court.[1] *United States v. Cox*, Case No. 1:24-mj-00097, ECF No. 7 (N.D. Ga Feb. 12, 2024). The magistrate judge then extended the stay of the entry of the intended release order until 3:00 p.m. EST on February 16, 2024, to allow this Court time to review the government's appeal and motion to revoke the intended release order. *United States v. Cox*, Case No. 1:24-mj-00097, ECF No. 8 (N.D. Ga Feb. 12, 2024).

The United States moves the Court to revoke the magistrate judge's intended release order and order that Defendant be transported to the Western District of Arkansas for further proceedings. ECF No. 7. A district judge in the jurisdiction where the offense took place is authorized to review a release order issued by a magistrate judge in a different jurisdiction. 18 U.S.C. § 3145(a)(1); *see United States v. Vega*, 438 F.3d 801, 803 (7th Cir. 2006) (holding that the review of the release order is required "in the district where prosecution is pending."); *United States v. El Edwy*, 272 F.3d 149 (2d Cir. 2001) (holding that 18 U.S.C. § 3145(a) permits the district court of the district of prosecution to review a release order from a magistrate judge of another district).

In this case, the Court will exercise its authority to review the release order issued by the

---

[1] It does not appear that the release order has been docketed in the Northern District of Georgia. Thus, the Court refers to it as the "intended release order."

magistrate judge in the Northern District of Georgia. Accordingly, the Court finds that the government's motion to revoke the intended release order (ECF No. 7) should be and hereby is **GRANTED**. The Court hereby **REVOKES** the Northern District of Georgia Magistrate Judge's intended release order and decision to release Defendant pursuant to certain conditions. The Court **FURTHER ORDERS** that the United States Marshals Service **TRANSFER** Defendant Eugene Spencer Cox to the Western District of Arkansas, Texarkana Division, so that the Court can conduct a *de novo* detention hearing.

**IT IS SO ORDERED**, this 14th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge