IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       Case No 4:24-cr-40001-001

EUGENE SPENCER COX                                                                      DEFENDANT
a/k/a "Spence"

## ORDER

Before the Court is the Unopposed Motion to Modify Conditions of Release filed herein by Defendant, EUGENE SPENCER COX. ECF No. 43.

Defendant was released on pre-trial release conditions by this Court on March 25, 2024. ECF No. 41. He has been compliant with all conditions of release, including a condition of home detention with GPS monitoring. Defendant assists in the care of his parents, both of whom require medical care. Defendant requests that his condition of home detention be modified to allow him to travel, without prior approval from his supervising U.S. Probation Officer, to and from his parents' residence and to and from their medical provider offices or hospital. The Government has no objection to the requested modification provided the GPS monitoring condition is not changed.

**IT IS ORDERED**, the Unopposed Motion to Modify Conditions of Release filed herein by Defendant (ECF No. 43) is **GRANTED**. Defendant's conditions of pre-trial release are modified as followed:

Defendant may travel as needed to assist in his parents' care and to assist his parents in traveling for medical purposes. Defendant may engage in this travel without obtaining prior approval from the supervising U.S. Probation Officer.

All other conditions of pre-trial release remain in full force and effect.

1

**SO ORDERED** this **20th day of June 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE